## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
## Eastern Division

Julie A. Su

                    Plaintiff,

v.                                                    Case No.: 1:24−cv−03598
                                                       Honorable Matthew F. Kennelly

Bakery, Confectionery, Tobacco Workers & Grain Millers Local 1

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 12, 2024:

      MINUTE entry before the Honorable Matthew F. Kennelly: The Court has reviewed the parties' joint status report. The telephonic status hearing set for 9/18/2024 is vacated and reset to 11/12/2024 at 9:05 a.m. The following call−in number will be used for the hearing: 650−479−3207, access code 2305−915−8729. A joint status report is to be filed on 11/5/2024. The status report must include a statement by each side on whether it intends to file a summary judgment motion, and if so a summary of the anticipated grounds. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.