# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Julie A. Su

                         Plaintiff,

v.                                            Case No.: 1:24−cv−03598
                                              Honorable Matthew F. Kennelly

Bakery, Confectionery, Tobacco Workers & Grain Millers Local 1

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 7, 2024:

      MINUTE entry before the Honorable Matthew F. Kennelly: Joint Agreed Motion Requesting Court to Enter Stipulation of Settlement [18] is granted. Order to follow. Civil case terminated. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.